1 | SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
2 | PMB #253
CARMICHAEL, CA 95608-5758
3 | TELEPHONE (916) 485-3516
FAX (916) 481-4224
4 | E-MAIL  scottnjohnson@dapiinc.com

5 | Attorney for Plaintiff Scott N. Johnson

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10

11 | Scott N. Johnson

12 |          Plaintiff,

13 |      vs.

14 | Hot Ouch, et al,

15 |          Defendants

16 |

) Case No. **2:11-cv-02971-MCE-GGH**
)
) **ORDER RE: REQUEST FOR DISMISSAL**
) **OF DEFENDANT HOT OUCH**
)
)
) Case to Remain Open as to
) Remaining Defendants
)
)
)
)

17

18 |     IT IS HEREBY ORDERED THAT Defendant, Hot Ouch, is

19 | hereby dismissed Without Prejudice.  This case is to remain

20 | open as to the remaining Defendants.

21

22 | Dated:  January 23, 2012

23 | _____

24 |          MORRISON C. ENGLAND, JR
         UNITED STATES DISTRICT JUDGE

25

26

27

28

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02971-MCE-GGH- 1