SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>Hot Ouch, et al,<br><br>       Defendants | Case No. **2:11-cv-02971-MCE-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT HOT OUCH**<br><br>Case to Remain Open as to Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant, Hot Ouch, is hereby dismissed Without Prejudice.  This case is to remain open as to the remaining Defendants.

Dated:   January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE